United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                                  Case No. 19-00334-MJC
Darrell R Hazel                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                      User: AutoDocke                                     Page 1 of 3
Date Rcvd: May 18, 2022                             Form ID: 3180W                                  Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darrell R Hazel, 905 Astilbe Way, East Strousburg, PA 18301-7914 |
| 5154982 | + | Aura Hazel, 905 Astilbe Way, East Stroudsburg, PA 18301-7914 |
| 5154984 | + | Credit Control & Collections, LLC, P.O. Box 546, Hazelwood, MO 63042-0546 |
| 5154994 | + | Genesis Financial Solutions, 395 Ghent Rd, Fairlawn, OH 44333-2678 |
| 5154995 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5401009 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5154998 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza, 1617 JFK Blvd, Ste. 1400, Philadelphia, PA 19103-1814 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | May 18 2022 22:49:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5154981 | + | EDI: APPLIEDBANK.COM | May 18 2022 22:49:00 | Applied Card Bank, P.O. Box 17125, Wilmington, DE 19850-7125 |
| 5154983 | + | EDI: CAPITALONE.COM | May 18 2022 22:48:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5183398 | | EDI: CAPITALONE.COM | May 18 2022 22:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5154984 | ^ | MEBN | May 18 2022 18:40:43 | Credit Control & Collections, LLC, P.O. Box 546, Hazelwood, MO 63042-0546 |
| 5154985 | + | Email/PDF: creditonebknotifications@resurgent.com | May 18 2022 18:44:17 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5154987 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | May 18 2022 18:44:16 | Exeter Finance Corp., P.O. Box 166008, Irving, TX 75016-6008 |
| 5177852 | | Email/PDF: acg.exeter.ebn@aisinfo.com | May 18 2022 18:44:17 | Exeter Finance LLC, P.O. Box 650693, Irving, TX 75265-0693 |
| 5156522 | + | EDI: AISACG.COM | May 18 2022 22:49:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5154989 | | Email/Text: BNSFN@capitalsvcs.com | May 18 2022 18:45:00 | First National Credit Card, 500 E. 60th St. N, Sioux Falls, SD 57104 |
| 5154990 | | Email/Text: BNSFN@capitalsvcs.com | May 18 2022 18:45:00 | First National Credit Card, P.O. Box 5097, Sioux Falls, SD 57117-5097 |
| 5169067 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 18 2022 18:45:00 | FREEDOM MORTGAGE CORPORATION, Attention: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5356491 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 18 2022 18:45:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5154988 | | EDI: BLUESTEM | May 18 2022 22:48:00 | Fingerhut, P.O. Box 1250, St. Cloud, MN 56395-1250 |
| 5401010 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 18 2022 18:45:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5154991 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 18 2022 18:45:00 | Freedom Mortgage, 10500 Kincaid Dr., Ste. 111, Fishers, IN 46037-9764 |
| 5154992 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 18 2022 18:45:00 | Freedom Mortgage Corp., P.O. Box 50428, Indianapolis, IN 46250-0401 |
| 5154993 | + | EDI: PHINGENESIS | May 18 2022 22:49:00 | Genesis Bankcard Service, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5177604 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 18:44:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5154997 | | Email/Text: bankruptcynotice@nymcu.org | May 18 2022 18:45:00 | Municipal Credit Union, 22 Cortlandt St., 24 Fl., New York, NY 10007 |
| 5154996 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 18 2022 18:45:00 | Mercury Card, Card Services, P.O. Box 84064, Columbus, GA 31908-4064 |
| 5166124 | | EDI: Q3G.COM | May 18 2022 22:48:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5173892 | | EDI: Q3G.COM | May 18 2022 22:48:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5179512 | | EDI: AIS.COM | May 18 2022 22:48:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5154986 | *+ | Darrell R Hazel, 905 Astilbe Way, East Strousburg, PA 18301-7914 |
| 5169189 | *+ | FREEDOM MORTGAGE CORPORATION, Attention: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor FREEDOM MORTGAGE CORPORATION r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| Tullio DeLuca | on behalf of Debtor 1 Darrell R Hazel tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1<br>**Darrell R Hazel**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8371<br>EIN   __–_____ | |
| Debtor 2<br>(Spouse, if filing)<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ | |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:19-bk-00334-MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Darrell R Hazel
aka Darrell Hazel, aka Darrell Ricardo Hazel,
aka Darrell Hazel Sr., aka Darrell Ricardo Hazel
Sr., aka Darrell R. Hazel Sr.

**By the court:**

5/18/22

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**