United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 19-00334-MJC

Darrell R Hazel                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

**Recip ID              Recipient Name and Address**
db                 +   Darrell R Hazel, 905 Astilbe Way, East Strousburg, PA 18301-7914

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022                   Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com  mario.hanyon@brockandscott.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov  TZito@monroecountypa.gov;CTreible@monroecountypa.gov |

Rebecca Ann Solarz
              on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

Robert Joseph Davidow
              on behalf of Creditor FREEDOM MORTGAGE CORPORATION r.davidow@mgplaw.com

Thomas Song
              on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

Tullio DeLuca
              on behalf of Debtor 1 Darrell R Hazel tullio.deluca@verizon.net

United States Trustee
              ustpregion03.ha.ecf@usdoj.gov


TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Darrell R Hazel,<br>aka Darrell Hazel, aka Darrell Ricardo Hazel, aka Darrell Hazel Sr., aka Darrell Ricardo Hazel Sr., aka Darrell R. Hazel Sr., | Chapter      13<br><br>Case No.      5:19−bk−00334−MJC |

**Debtor 1**

Social Security No.:

xxx−xx−8371

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 9, 2022

**fnldec** (01/22)