Certificate Number: 15317-PAM-DE-040981924

Bankruptcy Case Number: 19-00334



15317-PAM-DE-040981924

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 15, 2026</u>, at <u>2:41</u> o'clock <u>PM PDT</u>, <u>Darrell R Hazel</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 15, 2026</u>          By:      <u>/s/Kaycee Cadano</u>

                                 Name:  <u>Kaycee Cadano</u>

                                 Title:   <u>Credit Counselor</u>